IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                               CASE NO. 3:17CR123-SA

JOHNATHAN DEVON CAIN                                       DEFENDANT

## ORDER GRANTING CONTINUANCE

This criminal matter is before the court on the motion of Defendant, for a continuance of the March 5, 2018, trial setting in this cause. Grounds for the continuance of this trial are based on the fact that Defendant's counsel has been unable to complete an adequate review of the discovery produced in this matter. Therefore, Defendant's counsel needs additional time to prepare for trial. The Government does not oppose the motion.

It appears to the Court that the motion for continuance is well taken and that the same should be granted. It further appears to the Court, and the Court so finds, that the ends of justice will be served by granting the subject continuance, and that such action outweighs the best interest of the public and the Defendant in a speedy trial.

THEREFORE, it is hereby **ORDERED**, that the pending Motion to Continue [15] is **GRANTED** and that the trial of this matter is **CONTINUED**, as to the Defendant from March 5 2018, until May 14, 2018, in Oxford, Mississippi at 9:40 a.m. The plea agreement deadline is reset for April 30, 2018. The pre-trial motion deadline is reset for April 16, 2018. It is further **ORDERED** that the delay from this date until commencement of the trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), as to the Defendant.

SO ORDERED this 28th day of February, 2018.

                                              **/s/ Sharion Aycock**
                                              **U. S. DISTRICT COURT**